EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT   #3753
Assistant U.S. Attorney

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  larry.tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 2 2004

at 9 o'clock and 35 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     vs.                     )<br>                             )<br>STEPHEN M. TONAKI,           )<br>                             )<br>            Defendant.       )<br>_____) | CR. NO. 03-00428 HG<br><br>SENTENCING ALLEGATIONS |

## SENTENCING ALLEGATIONS

The Grand Jury makes the following sentencing allegations:

1.  Defendant possessed materials which involved a prepubescent minor, or a minor under the age of twelve years.

2.  The offense involved the possession of ten or more items containing visual depictions involving the sexual exploitation of minors.

3. Defendant's possession of the material resulted from his use of a computer.

DATED: August 12, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Stephen M. Tonaki
Cr. No. 03-00428 HG
"Sentencing Allegations"

2